No. 1304. DARLINGTON COUNTY SCHOOL DISTRICT ET AL. *v.* STANLEY ET AL. C. A. 4th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 1377. HARTMANN ET VIR *v.* UNITED STATES. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 1331. CALIFORNIA *v.* McGREW. Sup. Ct. Cal. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 1415. BETO, CORRECTIONS DIRECTOR *v.* WALTON. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 1351. DEERING MILLIKEN, INC. *v.* KORATRON CO., INC. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 136, Misc. MEADOWS *v.* NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 400, Misc. HILLERY *v.* NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 954, Misc. O'CONNELL *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 1240, Misc. WILLIAMS *v.* COX, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1531, Misc. HILLERY *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.